Mastomarino et al., Appellants, *v.* Pennsylvania Fireworks Display Co.

Submitted November 20, 1933.

Before TREXLER, P. J., KELLER, CUNNINGHAM, BALDRIGE, STADTFELD, PARKER and JAMES, JJ.

*Harold D. Greenwell,* and with him *Otto Kraus, Jr.,* for appellant.

*Ralph H. Behney,* Counsel for State Workmen's Insurance Fund, and with him *A. L. Edwards,* Deputy Attorney General, and *Wm. A. Schnader,* Attorney General, for appellees.

PER CURIAM, December 16, 1933:

It was stipulated by the parties that the same judgment should be entered in this case as was entered in the appeal of John Salamone against the same defendants to No. 77, October Term, 1933 (111 Pa. Superior Ct. 220).

Accordingly, the judgment is affirmed.